IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07CV527-WKW |
| v. | ) |
| | ) |
| LEDELL L. WHETSTONE , | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO DISMISS COMPLAINT

The United States of America hereby gives notice of the voluntary dismissal of the complaint heretofore filed in this case on the ground that complaint was unable to be served.

DATED at Montgomery, Alabama, on July 24, 2007.

                                       UNITED STATES OF AMERICA, PLAINTIFF

                                       LEURA G. CANARY
                                       United States Attorney

                          BY:   /s/ R. Randolph Neeley
                                R. RANDOLPLH NEELEY
                                Assistant United States Attorney

P.O. Box 197
Montgomery, AL   36101
(334) 223-7280