**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 26, 2007

# NOTICE OF VOLUNTARY DISMISSAL

Re:  United States of America vs. Ledell L. Whetstone
   Civil Action No. 2:07cv527-WKW

Pursuant to the Notice of Dismissal filed by the plaintiff on 7/24/2007, the referenced case is dismissed on the ground that the complaint was unable to be served.